# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-CR-349-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL JORDAN MILLAN-LEON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Sentencing Exhibits" (Document No. 62) filed August 20, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum, and the accompanying exhibits, contain sensitive and private information that is inappropriate for public access. The Court is also informed that the government does not oppose the motion. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Sentencing Exhibits" (Document No. 62) is **GRANTED**, and Defendant's "Sentencing Memorandum" (Document No. 61) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: August 27, 2018

David C. Keesler
United States Magistrate Judge